https://septanow.org/ess/checks_new

SOUTHEASTERN PA TRANSP AUTH / UPCHURCH, TRINA S

AA22    13416

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | | 2680 | 79308 | 193634 |
| VAC PAY | | 1600 | 46424 | 46424 |
| HOLIDAYPAY | | 800 | 23212 | 46424 |
| GUAR. | | | 00 | 4632 |

| | TAXES&DEDUCTIONS | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | 12827 | 24164 |
| FICA/MED | 11261 | 22004 |
| SUI TAX | 89 | 174 |
| PENNA | 4573 | 8938 |
| PHILA | 5780 | 11297 |
| HEALTH COPAY | 1741 | 3482 |
| UNION DUES | 1339 | 2678 |
| CO-PAY PENSION | 5000 | 10000 |
| LIFE INSUR. | 100 | 100 |
| TWFCU SHARE | 14000 | 28000 |
| FORGE CU SHARE | 7500 | 15000 |
| PRIMARY CHECK | 84734 | 165277 |

FED WITHHOLD STATUS SINGLE    05 EXMPTS

| | EARNINGS | TAXES | DEDUCTIONS | NET PAY | PAY PERIOD | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|---|---|---|
| CURR | 148944 | 34580 | 29680 | 84734 | | 128706089 | 84734 |
| YTD D | 291114 | 66577 | 59260 | 165277 | 01-05-2019 | | |

H



SEPTA
1234 Market St.
Philadelphia, PA 19107-3780

CITIZENS BANK OF PA
XXXXXXXXXXXXXXXXX

PRIMARY CHECK
847.34

TO THE ORDER OF

AA 22 16    242    0    13416
TRINA S UPCHURCH                   01-11-2019
906 N. 63RD STREET
PHILADELPHIA PA   19151

128706089
**NON-NEGOTIABLE**

Copyright ©2019 SEPTA. All rights reserved.

SOUTHEASTERN PA TRANSP AUTH    T UPCHURCH TRINA S
AA22
13416

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | | 4420 | 132204 | 325838 |
| VAC PAY | | | 00 | 46424 |
| HOLIDAYPAY | | | 00 | 46424 |
| GUAR. | | | 00 | 4632 |

| | TAXES&DEDUCTIONS | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | 9145 | 33309 |
| FICA/MED | 9980 | 31984 |
| SUI TAX | 79 | 253 |
| PENNA | 4059 | 12997 |
| PHILA | 5131 | 16428 |
| HEALTH COPAY | 1741 | 5223 |
| UNION DUES | 1339 | 4017 |
| CO-PAY PENSION | 5000 | 15000 |
| LIFE INSUR. | 00 | 100 |
| TWFCU SHARE | 14000 | 42000 |
| FORGE CU SHARE | 7500 | 22500 |
| PRIMARY CHECK | 74230 | 239507 |

FED WITHHOLD STATUS SINGLE    05 EXMPTS

| | EARNINGS | TAXES | DEDUCTIONS | NET PAY | PAY PERIOD | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|---|---|---|
| CURR | 132204 | 28394 | 29580 | 74230 | | 128713868 | 74230 |
| YTD D | 423318 | 94971 | 88840 | 239507 | 01-12-2019 | | |

H

SEPTA
1234 Market St.
Philadelphia, PA 19107-3780

CITIZENS BANK OF PA
XXXXXXXXXXXXXXXX

PRIMARY CHECK
742.30

TO THE ORDER OF

AA 22 16    242       0        13416
TRINA S UPCHURCH              01-18-2019
906 N. 63RD STREET
PHILADELPHIA PA   19151

128713868
**NON-NEGOTIABLE**

Copyright ©2019 SEPTA. All rights reserved.

SOUTHEASTERN PA TRANSP AUTH  T UPCHURCH, TRINA S   AA22  13416

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE | TAXES/DEDUCTIONS | | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| REGULAR EARNING | | 6630 | 198424 | 524262 | FEDERAL TAX | 23713 | 57022 |
| VAC PAY | | | 00 | 46424 | FICA/MED | 15046 | 47030 |
| HOLIDAYPAY | | | 00 | 46424 | SUI TAX | 119 | 372 |
| GUAR. | | | 00 | 4632 | PENNA | 6092 | 19089 |
| UNIFORMALLOW | | | 00 | 39500 | PHILA | 7701 | 24129 |
| | | | | | HEALTH COPAY | 1741 | 6964 |
| | | | | | UNION DUES | 1339 | 5356 |
| | | | | | CO-PAY PENSION | 5000 | 20000 |
| | | | | | LIFE INSUR. | 00 | 100 |
| | | | | | TWFCU SHARE | 14000 | 56000 |
| | | | | | FORGE CU SHARE | 7500 | 30000 |
| | | | | | PRIMARY CHECK | 116173 | 355680 |

| | EARNINGS | TAXES | DEDUCTIONS | NET PAY | PAY PERIOD | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|---|---|---|
| CURR | 198424 - | 52671 - | 29580 = | 116173 | | 128721716 | 116173 |
| YTD | 661242 - | 147042 - | 118420 = | 395180 | 01-19-2019 | | |

H



SEPTA
1234 Market St.
Philadelphia, PA 19107-3780

CITIZENS BANK OF PA       PRIMARY CHECK
XXXXXXXXXXXXXXXX              1,161.73

TO THE
ORDER
OF

AA 22 16    242        0        13416
TRINA S UPCHURCH               01-25-2019
906 N. 63RD STREET
PHILADELPHIA PA  19151

128721716
**NON-NEGOTIABLE**

Copyright ©2019 SEPTA. All rights reserved.

3/19/2017                                               https://septanow.org/ess/checks_new

SOUTHEASTERN PA TRANSP AUTH    T. UPCHURCH    TRINA S
                               AA22
                                           13416

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE | TAXES/DEDUCTIONS | | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| | | | | | FEDERAL TAX | 12996 | 70018 |
| | | | | | FICA/MED | 11320 | 58350 |
| REGULAR EARNING | | 4230 | 126496 | 650768 | SUI TAX | 90 | 462 |
| VAC   PAY | | | 00 | 46424 | PENNA | 4596 | 23685 |
| HOLIDAYPAY | | 800 | 23212 | 69636 | PHILA | 5810 | 29939 |
| GUAR. | | | 00 | 4632 | HEALTH COPAY | 1741 | 8705 |
| UNIFORMALLOW | | | 00 | 39500 | UNION   DUES | 1339 | 6695 |
| | | | | | CO-PAY PENSION | 5000 | 25000 |
| | | | | | LIFE    INSUR. | 00 | 100 |
| | | | | | TWFCU SHARE | 14000 | 70000 |
| | | | | | FORGE CU SHARE | 7500 | 37500 |
| | | | | | PRIMARY CHECK | 85316 | 440996 |

FED WITHHOLD STATUS SINGLE       05 EXMPTS

|      | EARNINGS | TAXES  | DEDUCTIONS |   | NET PAY | PAY PERIOD | CHECK NUMBER | CHECK AMOUNT |
|------|----------|--------|------------|---|---------|------------|--------------|--------------|
| CURR | 149708 - | 34812 -| 29580      | = | 85316   |            | 128729545    | 85316        |
| YTDD | 810950 - | 182454 -| 148000    | = | 480496  | 01-26-2019 |              |              |

                                                                H


SEPTA
1234 Market St.
Philadelphia, PA 19107-3780

CITIZENS BANK OF PA              PRIMARY CHECK
XXXXXXXXXXXXXXXXX                        853.16


TO THE          AA 22 16    242        0          13416
ORDER           TRINA S UPCHURCH                  02-01-2019
OF              5110 PARRISH STREET
                PHILADELPHIA PA   19139

                                                  128729545
                                              NON-NEGOTIABLE

Copyright ©2019 SEPTA. All rights reserved.

https://septanow.org/ess/checks_new

SOUTHEASTERN PA TRANSP AUTH    T. UPCHURCH    TRINA S
AA22
13416

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | | 2830 | 84503 | 735261 |
| VAC PAY | | 800 | 23212 | 69636 |
| HOLIDAYPAY | | | 00 | 69636 |
| GUAR. | | | 00 | 4632 |
| UNIFORMALLOW | | | 00 | 39500 |

| TAXES/DEDUCTIONS | | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | 6020 | 76038 |
| FICA/MED | 8107 | 66457 |
| SUI TAX | 65 | 527 |
| PENNA | 3307 | 26992 |
| PHILA | 4180 | 34119 |
| HEALTH COPAY | 1741 | 10446 |
| UNION DUES | 1339 | 8034 |
| CO-PAY PENSION | 5000 | 30000 |
| LIFE INSUR. | 100 | 200 |
| TWFCU SHARE | 14000 | 84000 |
| FORGE CU SHARE | 7500 | 45000 |
| PRIMARY CHECK | 56356 | 497352 |

FED WITHHOLD STATUS SINGLE    05 EXMPTS

| | EARNINGS | TAXES | DEDUCTIONS | NET PAY | PAY PERIOD | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|---|---|---|
| CURR | 107715 - | 21679 - | 29680 = | 56356 | | 128737567 | 56356 |
| YTD D | 918665 - | 204133 - | 177680 = | 536852 | 02-02-2019 | | |

H



SEPTA
1234 Market St.
Philadelphia, PA 19107-3780

CITIZENS BANK OF PA    PRIMARY CHECK
XXXXXXXXXXXXXXXXX    563.56

TO THE ORDER OF

AA 22 16    242    0    13416
TRINA S UPCHURCH         02-08-2019
5110 PARRISH STREET
PHILADELPHIA PA    19139

128737567
**NON-NEGOTIABLE**

Copyright ©2019 SEPTA. All rights reserved.

SOUTHEASTERN PA TRANSP AUTH   T. UPCHURCH, TRINA S
AA22
13416

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | | 4230 | 126516 | 861777 |
| VAC PAY | | | 00 | 69636 |
| HOLIDAYPAY | | | 00 | 69636 |
| GUAR. | | | 00 | 4632 |
| UNIFORMALLOW | | | 00 | 39500 |

| TAXES&DEDUCTIONS | | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | 8276 | 84314 |
| FICA/MED | 9546 | 76003 |
| SUI TAX | 76 | 603 |
| PENNA | 3884 | 30876 |
| PHILA | 4910 | 39029 |
| HEALTH COPAY | 1741 | 12187 |
| UNION DUES | 1339 | 9373 |
| CO-PAY PENSION | 5000 | 35000 |
| LIFE INSUR. | 00 | 200 |
| TWFCU SHARE | 14000 | 98000 |
| FORGE CU SHARE | 7500 | 52500 |
| PRIMARY CHECK | 70244 | 567596 |

FED WITHHOLD STATUS SINGLE     05 EXMPTS

|  | EARNINGS | TAXES | DEDUCTIONS | NET PAY | PAY PERIOD | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|---|---|---|
| CURR | 126516 - | 26692 - | 29580 = | 70244 | 02-09-2019 | 128745371 | 70244 |
| YTD D | 1045181 - | 230825 - | 207260 = | 607096 | | | |

H



SEPTA
1234 Market St.
Philadelphia, PA 19107-3780

CITIZENS BANK OF PA        PRIMARY CHECK
XXXXXXXXXXXXXXXXX                702.44

TO THE
ORDER
OF

AA 22 16    242        0        13416
TRINA S UPCHURCH                02-15-2019
5110 PARRISH STREET
PHILADELPHIA PA   19139

128745371
**NON-NEGOTIABLE**

Copyright ©2019 SEPTA. All rights reserved.

SOUTHEASTERN PA TRANSP AUTH    T UPCHURCH TRINA S
AA22
13416

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE | TAXES/DEDUCTIONS | | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| | | | | | FEDERAL TAX | 4335 | 88649 |
| | | | | | FICA/MED | 7032 | 83035 |
| | | | | | SUI TAX | 56 | 659 |
| REGULAR EARNING | | 800 | 24035 | 885812 | PENNA | 2876 | 33752 |
| VAC PAY | | 2400 | 69636 | 139272 | PHILA | 3635 | 42664 |
| HOLIDAYPAY | | | 00 | 69636 | HEALTH COPAY | 1741 | 13928 |
| GUAR. | | | 00 | 4632 | UNION DUES | 1339 | 10712 |
| UNIFORMALLOW | | | 00 | 39500 | CO-PAY PENSION | 5000 | 40000 |
| | | | | | LIFE INSUR. | 00 | 200 |
| | | | | | TWFCU SHARE | 14000 | 112000 |
| | | | | | FORGE CU SHARE | 7500 | 60000 |
| | | | | | PRIMARY CHECK | 46157 | 613753 |

FED WITHHOLD STATUS SINGLE    05 EXMPTS

| | EARNINGS | TAXES | DEDUCTIONS | NET PAY | PAY PERIOD | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|---|---|---|
| CURR | 93671 - | 17934 - | 29580 = | 46157 | | 128753240 | 46157 |
| YTOD | 1138852 - | 248759 - | 236840 = | 653253 | 02-16-2019 | | |

H

SEPTA
1234 Market St.
Philadelphia, PA 19107-3780

CITIZENS BANK OF PA    PRIMARY CHECK
XXXXXXXXXXXXXXXXX    461.57

TO THE ORDER OF

AA 22 16    242    0    13416
TRINA S UPCHURCH        02-22-2019
5110 PARRISH STREET
PHILADELPHIA PA    19139

128753240
NON-NEGOTIABLE

Copyright ©2019 SEPTA. All rights reserved.

SOUTHEASTERN PA TRANSP AUTH  T. UPCHURCH STRING

AA22  13416

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE | | TAXES/DEDUCTIONS | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| REGULAR EARNING | 2890 | | 86988 | 972800 | FEDERAL TAX | 4584 | 93233 |
| VAC PAY | | | 00 | 139272 | FICA/MED | 7192 | 90227 |
| HOLIDAYPAY | | | 00 | 69636 | SUI TAX | 57 | 716 |
| GUAR. | | | 8758 | 13390 | PENNA | 2939 | 36691 |
| UNIFORMALLOW | | | 00 | 39500 | PHILA | 3716 | 46380 |
| | | | | | HEALTH COPAY | 1741 | 15669 |
| | | | | | UNION DUES | 1339 | 12051 |
| | | | | | CO-PAY PENSION | 5000 | 45000 |
| | | | | | LIFE INSUR. | 00 | 200 |
| | | | | | TWFCU SHARE | 14000 | 126000 |
| | | | | | FORGE CU SHARE | 7500 | 67500 |
| | | | | | PRIMARY CHECK | 47678 | 661431 |

FED WITHHOLD STATUS SINGLE    05 EXMPTS

| | EARNINGS | TAXES | DEDUCTIONS | NET PAY | PAY PERIOD | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|---|---|---|
| CURR | 95746 | 18488 | 29580 | 47678 | 02-23-2019 | 128761054 | 47678 |
| YTDD | 1234598 | 267247 | 266420 | 700931 | | | |

H

SEPTA
1234 Market St.
Philadelphia, PA 19107-3780

CITIZENS BANK OF PA    PRIMARY CHECK
XXXXXXXXXXXXXXXX    476.78

TO THE
ORDER
OF

AA 22 16    242    0    13416
TRINA S UPCHURCH    03-01-2019
5110 PARRISH STREET
PHILADELPHIA PA  19139

128761054
NON-NEGOTIABLE

Copyright ©2019 SEPTA. All rights reserved.

SOUTHEASTERN PA TRANSP AUTH    T UPCHURCH TRINA S
AA22    13416

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | | 4560 | 136168 | 1108958 |
| VAC PAY | | | 00 | 139272 |
| HOLIDAYPAY | | | 00 | 69636 |
| GUAR. | | | 00 | 13390 |
| UNIFORMALLOW | | | 00 | 39500 |

| | TAXES&DEDUCTIONS | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | 10017 | 103250 |
| FICA/MED | 10283 | 100510 |
| SUI TAX | 82 | 798 |
| PENNA | 4180 | 40871 |
| PHILA | 5285 | 51665 |
| HEALTH COPAY | 1741 | 17410 |
| UNION DUES | 1339 | 13390 |
| CO-PAY PENSION | 5000 | 50000 |
| LIFE INSUR. | 100 | 300 |
| TWFCU SHARE | 14000 | 140000 |
| FORGE CU SHARE | 7500 | 75000 |
| PRIMARY CHECK | 76641 | 738072 |

FED WITHHOLD STATUS SINGLE    05 EXMPTS

| | EARNINGS | TAXES | DEDUCTIONS | NET PAY | PAY PERIOD | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|---|---|---|
| CURR | 136168 | 29847 | 29680 | 76641 | | 128768969 | 76641 |
| YTD D | 1370766 | 297094 | 296100 | 777572 | 03-02-2019 | | |

H

SEPTA
1234 Market St.
Philadelphia, PA 19107-3780

CITIZENS BANK OF PA    PRIMARY CHECK
XXXXXXXXXXXXXXXX    766.41

TO THE ORDER OF

AA 22 16    242    0    13416
TRINA S UPCHURCH    03-08-2019
5110 PARRISH STREET
PHILADELPHIA PA  19139

128768969
**NON-NEGOTIABLE**

Copyright ©2019 SEPTA. All rights reserved.

3/17/2017 https://septanow.org/ess/checks_new

SOUTHEASTERN PA TRANSP AUTH | UPCHURCH, TRINA S
AA22
13416

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE | TAXES/DEDUCTIONS | | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| | | | | | FEDERAL TAX | 7369 | 110619 |
| | | | | | FICA/MED | 8968 | 109478 |
| | | | | | SUI TAX | 71 | 869 |
| REGULAR EARNING | | 3600 | 107472 | 1216440 | PENNA | 3652 | 44523 |
| VAC PAY | | | 00 | 139272 | PHILA | 4617 | 56282 |
| HOLIDAYPAY | | | 00 | 69636 | HEALTH COPAY | 1741 | 19151 |
| GUAR. | | | 11486 | 24876 | UNION DUES | 1339 | 14729 |
| UNIFORMALLOW | | | 00 | 39500 | CO-PAY PENSION | 5000 | 55000 |
| | | | | | LIFE INSUR. | 00 | 300 |
| | | | | | TWFCU SHARE | 14000 | 154000 |
| | | | | | FORGE CU SHARE | 7500 | 82500 |
| | | | | | PRIMARY CHECK | 64701 | 802773 |

FED WITHHOLD STATUS SINGLE    05 EXMPTS

| | EARNINGS | TAXES | DEDUCTIONS | NET PAY | PAY PERIOD | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|---|---|---|
| CURR | 118958 - | 24677 - | 29580 = | 64701 | | 128776824 | 64701 |
| YTDD | 1489724 - | 321771 - | 325680 = | 842273 | 03-09-2019 | | |

H



SEPTA
1234 Market St.
Philadelphia, PA 19107-3780

CITIZENS BANK OF PA        PRIMARY CHECK
XXXXXXXXXXXXXXXX              647.01

TO THE
ORDER
OF

AA 22 16    242        0        13416
TRINA S UPCHURCH              03-15-2019
5110 PARRISH STREET
PHILADELPHIA PA  19139

128776824
**NON-NEGOTIABLE**

Copyright ©2019 SEPTA. All rights reserved.

https://septanow.org/ess/checks_new