UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
TRINA S. UPCHURCH           NO.19-11701 MDC
CHAPTER 13

ENTRY OF APPEARANCE FOR TRANSIT WORKERS FEDERAL
CREDIT UNION AND REQUEST FOR NOTICES

TO THE CLERK:

Please enter our appearance for Transit Workers Federal Credit Union and provide notices as required by Bankruptcy Rule 2002 and ED PA Local Rule 3015-1(b).

DATE: April 15, 2019

GERSHMAN LAW OFFICES, PC

/s/ Howard Gershman
_____
Howard Gershman
610 York Road, Suite 200
Jenkintown, PA 19046
Telephone: 215.886.1120
Fax: 215.886.1118
Email: howard@gershman-law.com

Copies to:

William C. Miller, Trustee
PO Box 1229
Philadelphia, PA 19105

Michael A. Cibik, Esquire
Cibik & Cataldo, PC
1500 Walnut Street
Suite 900
Philadelphia, PA 19102