## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Trina S. Upchurch <br>                       Debtor(s) <br><br> Ditech Financial LLC, its successors and/or assigns <br>                       Movant <br>     vs. <br><br> Trina S. Upchurch <br>                       Debtor(s) <br><br> William C. Miller Esq. <br>                       Trustee | CHAPTER 13 <br><br><br><br><br> NO. 19-11701 MDC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

    Kindly withdraw the Objection to Confirmation of Ditech Financial LLC, which was filed with the Court on or about **June 6, 2019, docket number 13**.

                                                         Respectfully submitted,

                                                    By: **/s/ Kevin G. McDonald, Esquire**
                                                       Kevin G. McDonald, Esquire
                                                       KML Law Group, P.C.
                                                       BNY Mellon Independence Center
                                                       701 Market Street, Suite 5000
                                                       Philadelphia, PA  19106
                                                       215-627-1322
                                                       Attorney for Movant/Applicant

September 5, 2019