United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Trina S. Upchurch
    Debtor

Case No. 19-11701-mdc
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: YvetteWD | Page 1 of 1 | Date Rcvd: Oct 21, 2019 |
|---|---|---|---|
| | Form ID: 155 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2019.
db          +Trina S. Upchurch,   5110 Parrish Street,   Philadelphia, PA 19139-1534

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2019                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2019 at the address(es) listed below:
          HOWARD  GERSHMAN   on behalf of Creditor   Transit Workers Federal Credit Union
           hg229ecf@gmail.com,  229ecf@glpoc.comcastbiz.net
          KEVIN G. MCDONALD   on behalf of Creditor   DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
          MICHAEL A. CATALDO2   on behalf of Debtor Trina S. Upchurch ecf@ccpclaw.com,
           igotnotices@ccpclaw.com
          MICHAEL A. CIBIK2   on behalf of Debtor Trina S. Upchurch ecf@ccpclaw.com,
           igotnotices@ccpclaw.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                   TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Trina S. Upchurch

          Debtor(s)

Chapter: 13

Bankruptcy No: 19−11701−mdc

_____

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

AND NOW, this 17th of October 2019 upon consideration of the plan submitted by the
debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed;
and it appearing that:


A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation
hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other
applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid
before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                            Magdeline D. Coleman
                            Chief Judge ,
                            United States Bankruptcy Court

32 – 9
Form 155