**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: TRINA UPCHURCH,

               Debtor(s).

Case No. 19-11701MDC13

Chapter 13

**ORDER APPROVING APPLICATION FOR COMPENSATION**

**AND NOW**, this _____13th_____ day of _____November_____, 201 9 ___, upon consideration of

the Application for Compensation, it is

**ORDERED** that compensation of **$5,000.00** is allowed and the balance due to counsel in the

amount of **$4,000.00** shall be disbursed by the Trustee to the extent provided for in the confirmed plan.

BY THE COURT

_Magdeline D. Colen_

_____

HON. MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE