**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                    :        CHAPTER 13
Trina S. Upchurch

DEBTOR                    :        BKY. NO.  19-11701MDC13

**CERTIFICATION OF NO RESPONSE**

I, Michael A. Cataldo, Esquire, hereby certify that no answer, objection, other responsive pleading or request for hearing has been filed within the time allowed by law to the supplemental Notice of Application and supplemental Application to Approve Counsel Fees.

Respectfully Submitted,

Date:  April 28, 2020            _____s/_____
                                                MICHAEL A. CATALDO, ESQUIRE
                                                CIBIK & CATALDO, P.C.
                                                1500 WALNUT  STREET, STE. 900
                                                PHILADELPHIA, PA  19102
                                                (215) 735-1060