United States Bankruptcy Court
Eastern District of Pennsylvania

In re:   
Trina S. Upchurch  
    Debtor

Case No. 19-11701-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: dlv     Page 1 of 1     Date Rcvd: May 05, 2020  
                 Form ID: pdf900     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 07, 2020.
```
db             +Trina S. Upchurch,    5110 Parrish Street,    Philadelphia, PA 19139-1534
cr             +NewRez LLC d/b/a Shellpoint Mortgage Servicing,    c/o Shellpoint Mortgage Servicing,
                 PO BOX 10826,    GREENVILLE, SC 29603-0826
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              E-mail/Text: bnc-quantum@quantum3group.com May 06 2020 03:00:40      Quantum3 Group LLC,
                 MOMA Trust LLC,    PO Box 788,    Kirkland, WA  98083-0788
                                                                                              TOTAL: 1
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 07, 2020                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 5, 2020 at the address(es) listed below:
```
              HOWARD   GERSHMAN    on behalf of Creditor    Transit Workers Federal Credit Union
               hg229ecf@gmail.com,    229ecf@glpoc.comcastbiz.net
              KEVIN G. MCDONALD    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              MICHAEL A. CATALDO2    on behalf of Debtor Trina S. Upchurch ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Debtor Trina S. Upchurch ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 7
```

**0-IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:    TRINA S. UPCHURCH

(DEBTOR)    :    Bankruptcy No.   19-11701MDC13

**O R D E R**

AND NOW, this    5th    day of    May    , 2020 upon consideration of Debtor's Counsel's Application to Approve Supplemental Fees for services rendered after Confirmation pursuant to Local Rule 2016-2.

It is Ordered that Fees in the amount of $750 are Approved to Cibik & Cataldo, P.C. in relation to services rendered for modifying the plan after confirmation.

Upon approval of the Supplemental Fee Application the trustee shall pay counsel's administrative priority fees in accordance with the modified plan.

By the Court:

_Magdeline D. Coleman_
Hon. Magdeline D. Coleman
Chief U.S. Bankruptcy Judge