**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                                : CHAPTER 13

Trina S. Upchurch
    DEBTOR                                   : BKY. NO.  19-11701MDC13

**ORDER**

AND NOW, this 13th day of May 2020, upon consideration of Debtor's Motion to Modify Chapter 13 plan after Confirmation

It is hereby Ordered that the motion is Granted and the *First Modified Plan* filed April 8, 2020 as document number 52 is approved.

By the Court:

_____
Magdeline D. Coleman
Chief U.S. BANKRUPTCY JUDGE