United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 19-11701-mdc
Trina S. Upchurch                                                       Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: dlv                  Page 1 of 1              Date Rcvd: May 13, 2020
                              Form ID: pdf900            Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 15, 2020.
db           +Trina S. Upchurch,    5110 Parrish Street,   Philadelphia, PA 19139-1534
cr           +NewRez LLC d/b/a Shellpoint Mortgage Servicing,    c/o Shellpoint Mortgage Servicing,
              PO BOX 10826,   GREENVILLE, SC 29603-0826

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            E-mail/Text: bnc-quantum@quantum3group.com May 14 2020 03:52:32     Quantum3 Group LLC,
              MOMA Trust LLC,   PO Box 788,   Kirkland, WA  98083-0788
                                                                                             TOTAL: 1

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2020                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 13, 2020 at the address(es) listed below:
     HOWARD   GERSHMAN    on behalf of Creditor    Transit Workers Federal Credit Union
      hg229ecf@gmail.com,   229ecf@glpoc.comcastbiz.net
     KEVIN G. MCDONALD    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
     MICHAEL A. CATALDO2    on behalf of Debtor Trina S. Upchurch ecf@ccpclaw.com,
      igotnotices@ccpclaw.com
     MICHAEL A. CIBIK2     on behalf of Debtor Trina S. Upchurch ecf@ccpclaw.com,
      igotnotices@ccpclaw.com
     REBECCA ANN SOLARZ    on behalf of Creditor   NewRez LLC d/b/a Shellpoint Mortgage Servicing
      bkgroup@kmllawgroup.com
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
     WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: : CHAPTER 13

Trina S. Upchurch
    DEBTOR : BKY. NO. 19-11701MDC13

**ORDER**

AND NOW, this 13th day of May 2020, upon consideration of Debtor's Motion to Modify Chapter 13 plan after Confirmation

It is hereby Ordered that the motion is Granted and the *First Modified Plan* filed April 8, 2020 as document number 52 is approved.

By the Court:

_____
Magdeline D. Coleman
Chief U.S. BANKRUPTCY JUDGE