# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Trina S. Upchurch<br>　　　　　　　　　Debtor(s) | |
| NewRez LLC d/b/a Shellpoint Mortgage Servicing<br>　　　　　　　v.<br>Trina S. Upchurch<br>　　　　　　　and<br>Kenneth E. West Esq.<br>　　　　　　　Trustee | Chapter 13<br><br>NO. 19-11701 MDC |

## ORDER

AND NOW, this 21st day of March 2022 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on February 6, 2020 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow NewRez LLC d/b/a Shellpoint Mortgage Servicing and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 5110 Parrish Street Philadelphia, PA 19139.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

　　　　　　　　　　　　　　　　　　　　　　　Magdeline D. Coleman
　　　　　　　　　　　　　　　　　　　　　　　Chief U.S. Bankruptcy Judge

cc: See attached service list

Trina S. Upchurch
5110 Parrish Street
Philadelphia, PA 19139

Kenneth E. West Esq.
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Michael A. Cibik2 Esq.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532