# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 19-11701-MDC

TRINA S UPCHURCH

5110 PARRISH STREET

PHILADELPHIA, PA 19139

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    TRINA S UPCHURCH

    5110 PARRISH STREET

    PHILADELPHIA, PA 19139

Counsel for debtor(s), by electronic notice only.

    MICHAEL A. CIBIK, ESQ.
    1500 WALNUT STREET
    SUITE 900
    PHILADELPHIA, PA 19102-

Date: 5/26/2022

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee