## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No. 19-11701-mdc |
| | : | |
| Trina S. Upchurch, | : | Chapter 13 |
| | : | |
| Debtor. | : | Related to ECF No. 79-81 |

### Certificate of Service

I certify that on this date, a true and correct copy of the Debtor's Motion to Modify Chapter 13 Plan along with the notice, the proposed order, and the proposed modified plan was served on the following parties by first class mail or through the CM/ECF system:

Kenneth E. West
ecfemails@ph13trustee.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

NewRez LLC
bkgroup@kmllawgroup.com
cwohlrab@raslg.com

Transit Workers Federal Credit Union
hg229ecf@gmail.com

Quantum3 Group LLC as agent for
MOMA Trust LLC
PO Box 788
Kirkland, WA 98083-0788

PA Dept. of Revenue
Bankruptcy Division
Bureau of Compliance
P.O. Box 280946
Harrisburg, PA 17120-0946

CITY OF PHILADELPHIA LAW
DEPARTMENT
TAX & REVENUE UNIT
BANKRUPTCY GROUP, MSB
1401 JOHN F. KENNEDY BLVD., 5TH
FLOOR
PHILADELPHIA, PA 19102-1595

I.R.S.
P.O. Box 7346
Philadelphia, PA 19101-7346

I further certify that on this date, a true and correct copy of the Notice of Debtor's Motion to Modify Chapter 13 Plan by first class mail or through the CM/ECF system:

Philadelphia Parking Authority
701 Market St, Suite 5400
Philadelphia, Pa 19106

Midland Credit Management, Inc. as
agent for
Asset Acceptance LLC
Po Box 2036
Warren MI 48090

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

COMCAST
PO BOX 1931
Burlingame, CA 94011

Pinnacle Credit Services, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Dated:  August 31, 2022

/s/ Michael I. Assad
Michael I. Assad (#330937)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com