# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No. 19-11701-mdc |
| | : | |
| Trina S. Upchurch, | : | Chapter 13 |
| | : | |
| Debtor. | : | |

**Order Granting Debtor's Motion to Modify Chapter 13 Plan**

**AND NOW**, on this <u>    10th    </u> day of <u>    January    </u> 2023, after consideration of the Debtor's Motion to Modify Chapter 13 Plan, and after notice and a hearing, it is hereby **ORDERED** that the motion is **GRANTED**. It is further **ORDERED** that the amended modified plan filed as ECF No. 97 is **APPROVED**.

BY THE COURT:

_Magdeline D. Coleman_
Magdeline D. Coleman
*Chief U.S. Bankruptcy Judge*