United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Trina S. Upchurch  
    Debtor

Case No. 19-11701-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Nov 09, 2023      Form ID: pdf900      Total Noticed: 39

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 11, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Trina S. Upchurch, 5110 Parrish Street, Philadelphia, PA 19139-1534 |
| 14293769 | | Deutsche Bank National Trust Co., c/o Thomas Song, Esq.,, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14290872 | | Ditech, Attn: Bankruptcy, PO Box 6172, Rapid City, SD 57709 |
| 14293767 | + | Ditech Financial LLC, c/o Kevin G. McDonald, Esquire, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14290879 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 14290884 | + | Sterling Crd, 716 Bethlehem Pike, Ambler, PA 19002-2656 |
| 14308509 | #+ | Transit Workers Federal Credit Union, C/O HOWARD GERSHMAN, Gershman Law Offices, PC, 610 York Road, Ste. 200, Jenkintown, PA 19046-2867 |
| 14308561 | + | Transit Workers Federal Credit Union, 919 Cayuga Street, Philadelphia, PA 19124-3817 |
| 14290886 | + | Tworkers Fcu, 919 E Cayuga St, Philadelphia, PA 19124-3817 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 10 2023 00:26:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 10 2023 00:26:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: mtgbk@shellpointmtg.com | Nov 10 2023 00:25:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, c/o Shellpoint Mortgage Servicing, PO BOX 10826, GREENVILLE, SC 29603-0826 |
| cr | | Email/Text: bnc-quantum@quantum3group.com | Nov 10 2023 00:26:00 | Quantum3 Group LLC, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14290866 | | Email/Text: megan.harper@phila.gov | Nov 10 2023 00:26:00 | City Of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 14290867 | | Email/Text: megan.harper@phila.gov | Nov 10 2023 00:26:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14302296 | | Email/Text: megan.harper@phila.gov | Nov 10 2023 00:26:00 | CITY OF PHILADELPHIA LAW DEPARTMENT, TAX & REVENUE UNIT, BANKRUPTCY GROUP, MSB, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, PHILADELPHIA, PA 19102-1595 |
| 14311447 | + | Email/Text: documentfiling@lciinc.com | Nov 10 2023 00:25:00 | COMCAST, PO BOX 1931, Burlingame, CA |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 09, 2023 | Form ID: pdf900 | Total Noticed: 39 |

| | | | | |
|---|---|---|---|---|
| | | | | 94011-1931 |
| 14290864 | + | Email/Text: ecf@ccpclaw.com | Nov 10 2023 00:25:00 | Cibik & Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14290868 | + | Email/Text: bankruptcy@philapark.org | Nov 10 2023 00:26:00 | City of Philadelphia, Parking Violations Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14290869 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 10 2023 00:26:00 | Commonwealth of PA-Dept. of Revenue, Bureau of Individual Taxes, Dept. 280601, Inheritance Tax Division, Harrisburg, PA 17128-0001 |
| 14290870 | + | Email/Text: bankruptcy@consumerportfolio.com | Nov 10 2023 00:26:00 | Consumer Portfolio Svc, Attn: Bankruptcy, PO Box 57071, Irvine, CA 92619-7071 |
| 14290871 | + | Email/Text: EBN@thecmigroup.com | Nov 10 2023 00:25:00 | Credit Management, LP, Attn: Bankruptcy, PO Box 118288, Carrollton, TX 75011-8288 |
| 14290873 | | Email/Text: bankruptcycourts@equifax.com | Nov 10 2023 00:26:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374 |
| 14290874 | ^ | MEBN | Nov 10 2023 00:22:52 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14290875 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 10 2023 00:26:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14290877 | ^ | MEBN | Nov 10 2023 00:23:07 | KML Law Group, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14305044 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 10 2023 00:38:31 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14290878 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 10 2023 00:38:16 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 14302824 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 10 2023 00:26:00 | Midland Credit Management, Inc. as agent for, Asset Acceptance LLC, Po Box 2036, Warren MI 48090-2036 |
| 14440563 | | Email/Text: mtgbk@shellpointmtg.com | Nov 10 2023 00:25:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14290881 | ^ | MEBN | Nov 10 2023 00:23:09 | PGW, Legal Dept. 4th Floor, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2806 |
| 14290880 | | Email/Text: bankruptcygroup@peco-energy.com | Nov 10 2023 00:26:00 | Peco Energy, 2301 Market Street # N 3-1, Legal Department, Philadelphia PA 19103-1338 |
| 14290882 | + | Email/Text: bankruptcy@philapark.org | Nov 10 2023 00:26:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-1540 |
| 14301027 | + | Email/Text: bankruptcy@philapark.org | Nov 10 2023 00:26:00 | Philadelphia Parking Authority, 701 Market St, Suite 5400, Philadelphia, Pa 19106-2895 |
| 14330673 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 10 2023 00:38:46 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14376258 | | Email/Text: bnc-quantum@quantum3group.com | Nov 10 2023 00:26:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14290883 | + | Email/Text: bankruptcy@sw-credit.com | Nov 10 2023 00:26:00 | Southwest Credit Systems, 4120 International Parkway, Suite 1100, Carrollton, TX 75007-1958 |
| 14290885 | | Email/Text: DASPUBREC@transunion.com | Nov 10 2023 00:25:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |
| 14290887 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Nov 10 2023 00:25:00 | Verizon Wireless, Attn: Verizon Wireless Bankruptcy Admini, 500 Technology Dr, Ste 550, Weldon Spring, MO 63304-2225 |

TOTAL: 30

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14290865 | *+ | Cibik and Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14290876 | * | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14333253 | ## | Ditech Financial LLC, P.O. Box 12740, Tempe, AZ 85284-0046 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2023                       Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 9, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bkecf@friedmanvartolo.com |
| HOWARD GERSHMAN | on behalf of Creditor Transit Workers Federal Credit Union hg229ecf@gmail.com 229ecf@glpoc.comcastbiz.net |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor DITECH FINANCIAL LLC bkgroup@kmllawgroup.com |
| MICHAEL A. CIBIK | on behalf of Debtor Trina S. Upchurch mail@cibiklaw.com cibiklawpc@jubileebk.net;ecf@casedriver.com;cibiklaw@recap.email |
| MICHAEL I. ASSAD | on behalf of Debtor Trina S. Upchurch mail@cibiklaw.com cibiklawpc@jubileebk.net;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | Chapter 13 |
| TRINA S UPCHURCH | |
| Debtor | Bankruptcy No. 19-11701-MDC |

# O R D E R

    **AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

    **IT IS FURTHER ORDERED** if the case has been confirmed and the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

Date 11/9/2023

_____
Chief Honorable Magdeline D. Coleman
Bankruptcy Judge